UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARGARET M. WOODS,

      Plaintiff,

v.                                    Case No:  2:26-cv-00306-JES-DNF

WESTERN   GLOBAL   AIRLINES,
INC.,

      Defendant.

_____

### OPINION AND ORDER

This matter comes before the Court on review of the file.  On February 10, 2026, this case was transferred from the Northern District of Texas to this Court.  Upon transferring, the transferor court denied all pending motions without prejudice to refiling.  Accordingly, all pending motions will be denied as moot.  Plaintiff may refile such motions if similar relief is still sought.

Further, the Court notes that Plaintiff has yet to provide proof of service pursuant to Federal Rules of Civil Procedure Rule 4.  Without such service, the Court may dismiss the case without prejudice.  See Fed. R. Civ. P. 4(m).

Accordingly, it is now

**ORDERED:**

(1)   Plaintiff's Motion for the Appointment of Counsel (Doc. #4) is **DENIED AS MOOT.**

(2)   Plaintiff's Motion to Stay (Doc. #5) is is **DENIED AS MOOT.**

(3)   Plaintiff's Motion for Relief from Stay & Remand to Bankruptcy Court (Doc. #12) is **DENIED AS MOOT.**

**DONE AND ORDERED** at Fort Myers, Florida, this ___11th___ day of February, 2026.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Parties of record