UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARGARET M. WOODS,

      Plaintiff,

v.                                   Case No:  2:26-cv-00306-JES-DNF

WESTERN GLOBAL AIRLINES,
INC., REORGANIZED DEBTOR OF
MOBILITY AIR, LLC.,

      Defendant.

_____

**ORDER**

This matter comes before the Court on review of the proof of service.  The Court finds the proof of service is inadequate. (Doc. #20, p. 4.)

Federal Rule of Civil Procedure 4(c) governs the service of process.  It requires that "summons must be served with a copy of the complaint."  See Fed. R. Civ. P. 4(c)(1).  Only a person "who is at least 18 years old and not a party may serve a summons and complaint."  See Fed. R. Civ. P. 4(c)(2).  Where the plaintiff attempts to serve a corporation, the corporation must be served either by: (1) "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made; or" (2) "by delivering a copy of the summons and of the complaint to an

officer, a managing or general agent, or any other agent authorized by appointment or by [Florida] law to receive service of process . . ..” See Fed. R. Civ. P. 4(e)(1); Fed. R. Civ. P. 4(h)(1)(B). Finally, such service must be down within ninety days of the complaint being filed. See Fed. R. Civ. P. 4(m).

While Plaintiff mailed a copy of the Summons and the original Complaint, such mailing is inadequate service of process. Rule 4 requires a non-party to serve either an officer or agent of Western Global Airlines, Inc. See Fed. R. Civ. P. 4(h)(1)(B). The rules do not permit any service by mail—except as it relates to waiving service of process. See Fed. R. Civ. P. 4(d)(1). Therefore, to comply with Rule 4, Plaintiff must have a process server deliver a copy of the summons and original complaint to an officer or agent authorized to receive such service. Once a process server completes service, the Plaintiff may then file the process server's affidavit with the Court. See Fed. R. Civ. P. 4(l).

Alternatively, the Plaintiff may also request a waiver of service by complying with the requirements of Rule 4(d). Such request and waiver must:

    (A) be in writing and be addressed:
       (ii) for a defendant subject to service under Rule 4(h), to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process;
    (B) name the court where the complaint was filed;

(C) be accompanied by a copy of the complaint, 2 copies of the waiver form appended to [Federal Rule of Civil Procedure] Rule 4, and a prepaid means for returning the form;
(D) inform the defendant, using the form appended to [Federal Rue of Civil Procedure] Rule 4, of the consequences of waiving and not waiving service;
(E) state the date when the request is sent;
(F) give the defendant a reasonable time of at least 30 days after the request was sent—or at least 60 days if sent to the defendant outside any judicial district of the United States—to return the waiver; and
(G) be sent by first-class mail or other reliable means

See Fed. R. Civ. P. (4)(d)(1).  Given the current affidavit Plaintiff provides fails to establish the requirements of Rule 4(d), the Court cannot tell whether service has been waived or not.

Accordingly, it is now

**ORDERED:**

Plaintiff Margaret M. Woods is given thirty-five (35) days from the date of this Order to provide sufficient proof of service as outlined in this Order.

**DONE AND ORDERED** at Fort Myers, Florida, this ___23rd___ day of February, 2026.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Parties of record

-3-