UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARGARET M WOODS,

     Plaintiff,

v.                                            Case No:  2:26-cv-306-JES-DNF

WESTERN   GLOBAL   AIRLINES,
INC., Reorganized Debtor of
Mobility Air LLC, et al.

     Defendant.

_____

**OPINION AND ORDER**

    This matter comes before the Court on review of Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. #28) filed on April 8, 2026.  "Before filing a motion in a civil action, except a motion for Rule 11 sanction, for injunctive relief, for judgment on the pleadings, for summary judgment, or to certify a class, the movant must confer with the opposing party in a good faith effort to resolve the motion." M.D. Fla. R. 3.01(g).  The motion will be denied for failure to confer with Plaintiff before filing the motion and for failure to include a certification of conference in the motion.

    Accordingly, it is now

    **ORDERED:**

Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. #28) is **DENIED without prejudice.**

**DONE AND ORDERED** at Fort Myers, Florida, this __5th__ day of May 2026.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Parties of record

-2-